UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                                                                                                   Plaintiff,

**HOSEA JOHNSON**       **INDEX# 08 CV 02021**

--- AGAINST ---

**EREDI PISANO USA, INC.**

                                                                                                   Defendant,

---

STATE OF NEW YORK)
                            )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 5th day of March, 2008, she served the Summons and Complaint on EREDI PISANO USA, INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                                                                 MARIA SCHMITZ

Sworn before me this
5th day of March, 2008

JOAN M. GRAHAM
Notary Public - State of New York
No. 01GR6096867
Qualified in Saratoga County
Commission Expires August 11, 2011

State of New York - Department of State
Receipt for Service

Receipt #: 200803060150
Date of Service: 03/05/2008
Service Company: 14 GERALD WEINBERG, INC. - 14

Cash #: 200803060145
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: EREDI PISANO USA INC.

Plaintiff/Petitioner:
    JOHNSON, HOSEA

Service of Process Address:
PAVIA AND HARCOURT LLP
600 MADISON AVE 12TH FLR
NEW YORK, NY 10022

Secretary of State
By  CAROL VOGT