UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK
------------------------------------------------------------x
HOSEA JOHNSON,

                              Plaintiff,

    - against -                            08 CV 02021 (AKH)

                                         **RULE 7.1 STATEMENT**

EREDI PISANO USA, INC.

                              Defendant,
------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant EREDI PISANO USA, INC. ("Eredi Pisano") hereby states, through the undersigned counsel of record, that Eredi Pisano does not have a parent company and that no publicly held corporation owns 10% or more of its stock.

Dated:      New York, New York,
              April 1, 2008

                                                    PAVIA & HARCOURT LLP

                                                    By: _____
                                                        Adam D. Mitzner (AM-8325)
                                                        Jonathan A. Selva (JS-2006)

                                                        600 Madison Avenue
                                                        12th Floor
                                                         New York, NY 10022
                                                        (212) 980-3500

                                                        Attorneys for Defendants

P&H - 547162.1 :13429/100