AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

HOSEA JOHNSON,

                Plaintiff,          **APPEARANCE**

- against -

                          Case Number: 1:08-cv-02021-AKH

EREDI PISANO USA, INC.

                Defendant,

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant EREDI PISANO USA, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/2/2008 | *[signature]* |
| Date | Signature |
| | Adam Mitzner             AM8325 |
| | Print Name                 Bar Number |

Pavia & Harcourt LLP, 600 Madison Ave.
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

(212) 508-2318          (212) 735-7918
Phone Number            Fax Number