ROBERT PREVITO, ESQ.
235 Brooksite Drive
Hauppauge, New York 11788
(631) 265-4494

Attorney for Plaintiff
HOSEA JOHNSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HOSEA JOHNSON,                                               :
                                                             :    08 Civ. 2021 (AKH)
                            Plaintiff,                       :
                                                             :    **PLAINTIFF'S INITIAL**
        - against -                                          :    **DISCLOSURES UNDER RULE 26**
                                                             :
EREDI PISANO USA, INC.,                                      :
                                                             :
                            Defendant.                       :
-------------------------------------------------------------x

     Plaintiff HOSEA JOHNSON, by his undersigned counsel, as and for his initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), based upon the presently available information, states the following:

     (Note: Plaintiff reserves the right to amend and supplement these disclosures as and if new information on individuals and/or documents should come to its knowledge.)

     1.     Pursuant to Fed. R. Civ. P. 26(a)(1)(A), Plainitff names the following individuals as possessing information which may be relevant to this case, and whom Plaintiff may call as witnesses to support its claims, and/or counterclaims at trial, concerning:

     a.     The photographic services performed by Hosea Johnson on March 7, 2005, the parties and circumstances involved, and the resulting photographic images generated therefrom.

     b.     The unauthorized use and copyright infringement by defendant Eredi Pisano

USA, Inc. of photographic images owned, created, and originated by Hosea Johnson on or about March 7, 2005, and the unauthorized publication, reproduction and dissemination of the same to the public for marketing purposes by the defendant without renumeration to, and to defraud, the plaintiff.

    I..    HOSEA JOHNSON, Plaintiff and Photographer.
        132 West 129th Street, Apt. 2-E
        New York, New York 10022

    II.    EREDI PISANO USA, INC.
        520 Madison Avenue
        New York, New York 10022

    III.   CHRIS DORM
        584 Halsey Avenue
        Brooklyn, New York 11233

2.    Pursuant to Fed. Civ. P. 26(a)(1)(b), plaintiff identifies the following categories of documents which it may use to support its defenses, affirmative defenses, and counterclaims:

    a.    Documents constituting and/or referring to photographic images taken by Hosea Johnson on or about March 7, 2005, the copyright registration thereof, and the photo shoot which resulted in the creation of those photographic images.

    b.    A computer disc e.g. ("DVD") issued by Eredi Pisano USA, Inc. for marketing purposes entitled "Eredi Pisano Spring/Summer 2005," containing photographic images owned and created by Hosea Johnson, and any other promotional, marketing or advertising materials issued by Eredi Pisano USA for the same purposes, as well as any and all internal documents generated or produced by Eredi Pisano USA, Inc. touching, concerning, or referring to the said DVD; the employment of one David Shin at Eredi Pisano USA, Inc., and/or the said photo-shoot.

    c.    Any other documents or items which may be disclosed through discovery that tend to shed probative light on the claims made by plaintiff in his complaint.

3.   Pursuant to Fed. Civ. P. 26(c), Plaintiff makes the following monetary claims:

   a.   $500,000.00 – Copyright Infringement.

   b..  $100,000.00 – Appropriation of Services and Photographic Images.

   c.   $1,800,000.00 – Civil Fraud and Punitive Damages.

4.   Plaintiff notes that under its Fourth Cause of Action, it also demands that defendant provide and finance a legal defense for, and indemnify plaintiff against, any lawsuits or claims brought against plaintiff by any third-parties as a result of defendant's use and publication of the photographic images which are the subject of this litigation.

5.   Pursuant to Fed. R. Civ. P. 26(a)(1)(d) plaintiff states that it is unaware of any policy of insurance referenced in the rule which has any applicability in this action.

Dated: Suffolk County, New York
       June 18, 2008

ROBERT PREVITO, ESQ. (RP6514)
Attorney for Plaintiff Hosea Johnson
235 Brooksite Drive
Hauppauge, New York 11788
631-265-4494

TO:  ADAM MITZNER
     PAVIA & HARCOURT, LLP
     Attorneys for Defendant Eredi Pisano USA, Inc.
     600 Madison Avenue
     New York, New York 10022
     212-508-2318