USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOSEA JOHNSON,<br><br>                            Plaintiff,<br><br>    -against-<br><br>EREDI PISANO USA, INC.<br><br>                           Defendant. | Case No. 08 CV 02021 (AKH)<br><br>**STIPULATION OF DISMISSAL** |

The undersigned parties, by their attorneys of record, hereby request dismissal of the above-referenced action with prejudice, with each side to bear its own costs.

Dated: New York, New York
        July 10, 2008

Robert Previto, Esq.

_____
Robert Previto Esq. (RP-____)
235 Brookside Drive
Hauppauge, New York 11788

Attorneys for Plaintiff Hosea Johnson

PAVIA & HARCOURT LLP

By:_____
    Adam D. Mitzner (AM-8325)

600 Madison Avenue, 12th Floor
New York, New York 10022
T: (212) 980-3500; F: (212) 980-3510
amitzner@pavialaw.com

Attorneys for Defendant Eredi Pisano

IT IS SO ORDERED: 8/26/08

_____
The Honorable Alvin K. Hellerstein, USDJ

P&H - 558338.1 :13429/100